**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1615EA

_____

Lisa R. Childers,                                    *
                                                     *
                  Appellant,        *        Appeal from the United States
                                                     *        District Court for the Eastern
        v.                                           *        District of Arkansas.
                                                     *
Wal-Mart, Inc.,                               *              [UNPUBLISHED]
                                                     *
                  Appellee.          *

_____

Submitted:  September 5, 1997
Filed:  September 11, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Lisa R. Childers appeals the district court's grant of summary judgment to Childers's employer in Childers's employment discrimination lawsuit. Having carefully considered the record, and assuming Childers established the elements of a prima facie case, we agree with the district court that there is no substantial evidence in the record tending to show that Wal-Mart's articulated reasons for Childers's demotion were a pretext for sex discrimination. We thus conclude the district court correctly granted summary judgment, and we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.